IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00466-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL LEE PAGEL,

        Defendant.

## ORDER

Upon Government's Motion for Reduction of Sentence for Substantial Assistance Pursuant to Fed. R. Crim. P. 35 (Doc 44 - filed August 21, 2006), it is

ORDERED that the Motion is GRANTED.  Defendant's term of imprisonment is reduced to 36 months and the other parts of his original sentence remain unchanged.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: August 22, 2006